# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jacob Arlen Antone** DOB: 1976; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-0611 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 20, 2019, at or near North Komelik, in the District of Arizona, **Jacob Arlen Antone**, knowing or in reckless disregard that certain alien, namely Hector Medina-Soto, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 20, 2019, at or near North Komelik, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a 2000 Chevrolet Malibu at the FR-15 immigration checkpoint with two visible occupants. The rear of the vehicle appeared weighed down. BPA identified the driver, **Jacob Arlen Antone**, and a female front seat passenger as United States Citizens. BPA asked for consent to search the trunk and the driver opened the trunk by hitting a button under the steering wheel. BPA found an adult male hiding in the trunk and determined that he was in the United States illegally.

Material witness Hector Medina-Soto stated that he had made arrangements to be smuggled into the United States for money. Medina stated he crossed the International Boundary Fence. Medina stated that he was eventually dropped off at house where he waited for a load vehicle. Medina stated he slept at the house in an outside room until a brown car with a male driver and a female passenger arrived. Medina stated the driver made hand signals to get into the trunk of the vehicle. Medina stated he was arrested at the checkpoint while he was in the trunk. Medina was not able to identify anyone in a photo line-up.

In a post-*Miranda* statement, **Antone** claimed that he gave a ride to his girlfriend to drop off a job application. **Antone** claimed that on his way back, he saw a guy wearing camouflage clothing who came out of the bushes and waved him down. **Antone** stated he agreed to give him a ride to Phoenix for $2,000 USD. **Antone** stated he knew he was an illegal alien.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Hector Medina-Soto | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 21, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54